UNITED STATES DISTRICT COURT
DISTRICT OF Guam


FILED
DISTRICT COURT OF GUAM

FEB 21 2006

MARY L.M. MORAN
CLERK OF COURT

Jae June PAK, 02116-093
(enter the full name of **ALL**
plaintiff(s) and prisoner
number(s) in this action)

vs.

SIX UNKNOWN NAMES AGENTS.

(enter the full name of **ALL**
defendant(s) in this action)

Civil No. 06-00003

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS UNDER
42 U.S.C. SEC. 1983

I. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment in the last three years?
( ) Yes    ( ) No

B. If your answer to A is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _____

Defendants: SIX UNKNOWN NAMES AGENTS.

2. Court (if federal court, name the district. If state court, also name the county): UNITED STATES DISTRICT COURT FOR

3. Case Number: _____

4. Name the judge to whom case was assigned: _____

5. Cause of Action (Cite statute under which you filed and write a brief statement of the case):_____

_____

_____

_____

_____

6. Disposition (For example: Was the case dismissed? Appealed? Still pending?):_____

7. Approximate date of filing lawsuit:_____

8. Approximate date of disposition:_____

9. Attach copy of disposition if not from Federal District Court of Minnesota.

II. **PLACE OF PRESENT CONFINEMENT:**

    A. Is there a prisoner grievance procedure in the institution?
        ( ) Yes      ( ) No

    B. Did you present the facts relating your complaint in the prisoner grievance procedure? ( ) Yes ( ) No

    C. If your answer is Yes:

        1. What steps did you take?_____

_____

_____

        2. What was the result?_____

_____

_____

        3. Attach a copy of disposition.

    D. If your answer is No, explain why not:_____

_____

_____

## III. PARTIES:
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs.)

A. Name of Plaintiff: _____

   Address: FCI PO BOX 1731 WASECA, MN 56093

   Additional Plaintiffs: _____

_____

_____

(In Item B below, place the full name of the defendant in the first blank, official position in the second blank, and place of employment in the third blank. Do the same for all additional defendants, using a separate page, if necessary.

B. Name of Defendant: SIX UNKNOWN NAMES AGENTS.

   is employed as USA

   at _____

   Additional Defendants: _____

_____

_____

## IV. STATEMENT OF CLAIM:
Provide a concise summary of the facts on which your claim is based. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions of each defendant. Each factual allegation should be set forth in a separate numbered paragraph. (All paragraphs in the "STATEMENT OF CLAIM" should be consecutively numbered.) Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.

NO FEDERAL CIVIL ACTION BY A PRISONER CONFINED IN A JAIL, PRISON, I HAD THIRTEEN MONTHS IMPRISONMENT, NO EXCEEDING ONE YEAR IN CUSTODY, FOR MENTAL, EMOTIONAL INJURY SUFFERD WHILE IN CUSTODY, THE WRIT OF HABEAS CORPUS, THE WRIT OF PEREMPTORY MANDAMUS, THE WRIT OF STAY DECISION, TRANSFER, THE WRIT OF CERTIORARI FOR A JUSTICE OF THE SUPREME COURT, PRIVILEGED, IMMUNITY, DISCHARGE, NO RACIAL DISCRIMINATION NO WITNESS TESTIFY, NO SLANDER, NO PLEA GUILTY IN THREATEN, NO INFORMANT NO ENTRAPMENT, NO SAID CRIME, NO CRIMINAL RECORDS USE, NO WIRE TAP, NO INEFFECTIVE ASSISTANCE COUNSEL, NO RESTICTION OF PHONE CALL, NO DETAINER CHARGE FOR IMMIGRATION, NO OVERCROWDING LIVING IN THE UNIT WITHOUT FRESH AIR, THE EIGHTH AMENDMENT NOR CRUEL AND UNUSUAL PUNISHMENT NO STATE FOR THE FOURTEENTH AMENDMENT, NO DEPRIVATION FOR THE FIFTH AMENDMENT, NO ENHANCEMENT SENTENCE, NO WITHOUT WARRANT SEARCH AND SEIZE, NO WITHOUT WARRANT ARREST, THE WRIT OF EXECUTIVE, THE WRIT OF FINAL DECISION WITHIN THIRTY DAYS SCHEDULED ON March 16, 2006, AT 1:00 PM, AND TRIAL BY JURY.

## IV. STATEMENT OF CLAIM (Continued):

" WITHOUT TIMELY, ONCE ONLY."

## V. RELIEF:
State briefly exactly what you want the court to do for you:
Make no legal arguments. Cite no case or statutes.

THE WRIT OF ATTACHMENT AND GARNISHMENT, THE WRIT OF COMPENSATORY AND PUNITIVE DAMAGES, THE SUM OF AMOUNT IS ONE MILLION DOLLARS BY WHOLE OWNERSHIP, A FEE SIMPLE ABSOLUTE TRANSFER TO FIFTY AND FIFTY, INJUNCTION, THE WRIT OF MANDAMUS, IMMEDIATELY FULL PAY BY CASH, CITIZENSHIP CARD, HEALTH CARE INSURANCE, THE WRIT OF EXECUTIVE, AND PROPOSE THE DONATE TO AMERICAN RED CROSS FOR ONE HUNDRED THOUSAND DOLLARS, AND TRIAL BY JURY.

WITHOUT COURT FEES BY JURY, SEE, 28 USCA 1915, 18 USCA 3524
8 L Ed 2d 21, 30 L Ed 2d 418.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this __16__ day of __February__, ~~19~~ 2006

PRAYER, _Jae June PAK, 02116-093_     PRO SE

(Signature of Plaintiff/Plaintiffs)

FED CORR. INSTITUTION
PO BOX 1731 WASECA, MN 56093