**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| Jae June Pak, | Civil Case No. 1:06-cv-00003 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| United States of America and Six Unknown Names Agents, | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order filed May 9, 2006.

Dated this 9th day of May, 2006, Hagatna, Guam.

**/s/ Mary L.M. Moran**
Clerk of Court