# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Jae June Pak**,** <br><br> Plaintiff, <br><br> vs. <br><br> United States of America and Six Unknown Names Agents**,** <br><br> Defendants. | **Case No: 1:06-cv-00003** |

The following entity was served by first class mail on May 9, 2006:

> Jae June Pak
> Reg# 02116-093
> Federal Correctional Institution
> P.O. Box 1731
> Waseca, MN 56093

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

> Order, Judgment and Notice of Entry filed May 9, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 25, 2006                                                        /s/ Virginia T. Kilgore
                                                                                          Deputy Clerk